ATTY Name      Michael S. Keck (SBN 124536)
Atty Address   825 Van Ness Avenue, 4th Floor
Atty Address   San Francisco, CA  94109
Atty Phone No.: 415-861-2267
Atty Fax No.:   415-431-1617

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

Sherry Farr,
Afshin Toloee

Debtor(s)

Chapter 13
Case No:   10-33025
AMENDED
DECLARATION OF RENTAL INCOME

I, Sherry Farr  hereby declare the following:

My rental income and rental expenses for the six months prior to the month of the filing of this case are as follows:

Total Rental Income for 7/2010 was:      $ 9821.88
Total Rental Expenses for 7/2010 were:   $ 7667.40
Total Rental Income for 8/2010 was:      $ 10810.22
Total Rental Expenses for 8/2010 were:   $ 8310.41
Total Rental Income for 9/2010 was:      $ 5622.30
Total Rental Expenses for 9/2010 were:   $ 5171.62
Total Rental Income for 10/2010 was:     $ 9090.60
Total Rental Expenses for 10/2010 were:  $ 7208.04
Total Rental Income for 11/2010 was:     $ 3908.20
Total Rental Expenses for 11/2010 were:  $ 4114.58
Total Rental Income for 12/2010 was:     $ 8083.55
Total Rental Expenses for 12/2010 were:  $ 7617.27

I declare this statement is true and correct under penalty of perjury. Executed this 12 day of September, 20 11, in San Francisco, California.

Sherry Farr
Debtor